UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _1:22mj03748 Becerra_

**UNITED STATES OF AMERICA**

vs.

**FERNANDO CLAVERIA-MARTINEZ,**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___Yes  _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _/s/ Christine Hernandez_
Christine Hernandez
Assistant United States Attorney
Florida Bar. 15349
11200 NW 20th Street
Miami, Florida 33172
Tel: (305) 715-7641
Christine.Hernandez@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.   1:22mj03748 Becerra |
| FERNANDO CLAVERIA-MARTINEZ, | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   October 13, 2022   in the county of   Miami-Dade   in the
Southern District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 846. | Conspiracy to Possess with intent to distribute a controlled substance. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Victor Randou, ATF Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by

Date:   10/14/2022

*Judge's signature*

City and state:   Miami, Florida     Hon. Jacqueline Becerra, United States Mag
*Printed name and title*

Print    Save As...    Attach    Reset

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Victor Randou, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so since 2017. I have received training and participated in investigations related to firearms, narcotics, violent crimes, drug, and violent crime street organizations. I am currently assigned to the ATF High Intensity Drug Trafficking Area (HIDTA) Task Force. I have personally been involved in numerous investigations concerning the possession, manufacturing, distribution, and importation of controlled substance, as well as methods used to finance drug transactions and launder drug proceeds. As a part of my duties and responsibilities, I investigate violations of federal and state laws, including those pertaining to firearms, narcotics, and violent crimes. As an ATF Special Agent, I am authorized to conduct investigations into criminal violations of the laws of the United States, including narcotics offenses, such as conspiracy to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). I am thus a "federal law enforcement officer" as defined by Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure.

2. During my career in law enforcement, I have specialized in narcotics investigations and received training relating to the methods used by narcotics traffickers to import and distribute narcotics, launder narcotics proceeds, and protect narcotics and proceeds through the

use of firearms. I have been personally involved in numerous investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds. During the course of these investigations, I have seized cocaine and methamphetamine. I have also debriefed defendants, informants, and witnesses who had personal knowledge of major narcotics trafficking organizations. I have conducted physical surveillance and have participated in numerous narcotics investigations that utilized court-authorized Title III interceptions of wire and electronic communications.

3. As a result of my experience and training, I am familiar with the manner in which various types of illegal drugs are cultivated, manufactured, stored, packaged, smuggled, distributed, and protected, as well as the various methods used by narcotics traffickers to finance drug transactions and launder drug proceeds. I am also familiar with some of the code that narcotics traffickers use when discussing narcotics transactions. I have received training and significant experience in the preparation and execution of search warrants authorizing the search of physical locations, including private residences, for evidence of unlawful narcotics trafficking.

## PROBABLE CAUSE

4. This affidavit is submitted in support of a complaint for the arrest of Fernando CLAVERIA-MARTINEZ for knowingly and willfully conspiring with other known and unknown persons to possess with intent to distribute a controlled substance, that is, a mixture and substance containing five kilograms or more of cocaine, in violation of 21 U.S.C. § 841(a)(l) and 841(b)(l)(C), all in violation of 21 U.S.C. § 846.

5. The facts listed in this affidavit are known personally to me or have been provided to me by other law enforcement officers participating in the investigation. The affidavit is

provided solely for the purpose of establishing probable cause to arrest CLAVERIA-MARTINEZ. Accordingly, this affidavit does not contain all of the facts known to me and other law enforcement concerning this investigation.

6. As part of an on-going investigation, law enforcement identified Fernando CLAVERIA-MARTINEZ, and others, as participants in drug trafficking activities. CLAVERIA-MARTINEZ is believed to be the leader of the drug trafficking organization (DTO) responsible for the distribution of multiple kilograms of cocaine throughout the Miami, Florida, area.

7. On October 13, 2022, based on T-III wire intercepts, and cell site tracking data, as well as the investigation to date, law enforcement set up surveillance at a residence in Miami-Dade County in order to observe CLAVERIA-MARTINEZ and others conducting the pickup of narcotics. Law enforcement observed CLAVERIA-MARTINEZ arrive at the location. Shortly thereafter two unidentified males arrived to meet with CLAVERIA-MARTINEZ. One of the unidentified males, passed CLAVERIA-MARTINEZ a box and entered the vehicle with CLAVERIA-MARTINEZ. CLAVERIA-MARTINEZ was observed moving around inside the vehicle. The unidentified male exited the vehicle with the now empty box and discarded it in the trash at the residence. CLAVERIA-MARTINEZ stayed in the vehicle for a short time thereafter. CLAVERIA-MARTIENZ subsequently left the area in the vehicle. Law enforcement followed CLAVERIA-MARTINEZ as he drove from the location to the southwest Miami area, in the general direction of his business, located at 13758 SW 84th Street, in Miami, Florida.

8. At approximately 3:25 p.m., law enforcement conducted an investigative stop on CLAVERIA-MARTINEZ's vehicle. As law enforcement approached CLAVERIA-MARTINEZ's vehicle, CLAVERIA-MARTINEZ had one arm raised outside his window. In plain view, law enforcement observed a revolver in the cup holder of the vehicle. Law

enforcement was aware that CLAVERIA-MARTINEZ had previously been convicted of a felony and was not permitted to possess a firearm. At 3:39 p.m., a narcotics canine conducted a search of the vehicle and positively alerted to the rear passenger area of the vehicle.

9. CLAVERIA-MARTINEZ was read <u>Miranda</u> per card and agreed to speak with law enforcement without an attorney present. CLAVERIA-MARTINEZ advised the officers that he had narcotics in the vehicle. The narcotics was hidden in the vehicle in an area commonly referred to in drug investigations as a "trap." Once the "trap" was opened, law enforcement observed rectangular packages wrapped in tape which law enforcement believed, based on law enforcement's training and experience, were kilograms of narcotics. A search of the "trap" revealed approximately six (6) rectangular and square packages which were sized in kilogram quantity packages. One of the packages was opened and contained a white substance which field tested positive for the presence of cocaine.

**[INTENTIONALLY LEFT BLANK]**

10. Based on these facts, there is probable cause to believe that, on October 13, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, CLAVERIA-MARTINEZ did knowingly and willfully conspire with other known and unknown persons to possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(l) and 841(b)(l)(C), in violation of 21 U.S.C. § 846.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Victor Randou, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ this __14th__ day of October 2022.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:22mj03748 Becerra

### BOND RECOMMENDATION

DEFENDANT: FERNANDO CLAVERIA-MARTINEZ

Pretrial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Christine Hernandez*
AUSA:   Christine Hernandez

Last Known Address: _____

What Facility:   FDC MIAMI

33 NE 4th Street, Miami, FL

Agent(s):   VICTOR RANDOU, ATF
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)