FILED by \_\_MM\_\_ D.C.

Oct 27, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20508-CR-HUCK/BECERRA**

CASE NO. _____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**FERNANDO CLAVERIA-MARTINEZ,**
  Defendant.
_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

From on or about March 1, 2022, to on or about October 13, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FERNANDO CLAVERIA-MARTINEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendant as a result of the defendant's own conduct, and the conduct of other conspirators reasonably foreseeable to the defendant, is five (5) kilograms or more of a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about July 21, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FERNANDO CLAVERIA-MARTINEZ,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about September 1, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FERNANDO CLAVERIA-MARTINEZ,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 4
### Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841)

On or about October 13, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FERNANDO CLAVERIA-MARTINEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five kilograms (5) or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 5
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(l)(A)(i))

On or about October 13, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**FERNANDO CLAVERIA-MARTINEZ**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(l), as charged in Count 4 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(l)(A)(i).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **FERNANDO CLAVERIA-MARTINEZ,** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 841 or 846, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____ (for)
CHRISTINE HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

FERNANDO CLAVERIA-MARTINEZ,

_____/
**Defendant.**

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants ____
Total number of New Counts ____

**Court Division** (select one)
- ☑ Miami    ☐ Key West    ☐ FTP
- ☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect: **Spanish**

4. This case will take **7** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    ☐ 0 to 5 days
   - II   ☑ 6 to 10 days
   - III  ☐ 11 to 20 days
   - IV   ☐ 21 to 60 days
   - V    ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes, Magistrate Case No. **22-MJ-03748-Becerra**

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of **October 13, 2022**

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
Christine Hernández
Assistant United States Attorney
FL Bar No.    15349

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** FERNANDO CLAVERIA-MARTINEZ

**Case No:** _____

Count #:1

Conspiracy to Possess with Intent to Distribute Cocaine.

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 year m/m
* **Max. Supervised Release:** at least 5 years to Life.
* **Max. Fine:** $10,000,000

Counts #:2-3

Distribution of Cocaine.

Title 21, United States Code, Sections 841(a)(1)

* **Max. Term of Imprisonment:** 40 years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 year m/m
* **Max. Supervised Release:** at least 4 years to Life.
* **Max. Fine:** $5,000,000

Count #: 4

Possession with Intent to Distribute Cocaine.

Title 21, United States Code, Sections 841(a)(1)

* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 year m/m.
* **Max. Supervised Release:** at least 5 years to Life.
* **Max. Fine:** $10,000,000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   FERNANDO CLAVERIA-MARTINEZ

Case No: _____

Count #:5

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Title 18, United States Code, Section 924(c)(1)(A)(i)
* **Max. Term of Imprisonment:** Life Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years, to be served consecutive to any other sentence imposed
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.