UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20508-PCH/Becerra-1

**UNITED STATES OF AMERICA**,

v.

**FERNANDO CLAVERIA-MARTINEZ,**

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 119], which was entered on March 13, 2023. In the R&R, Judge Becerra found that the Defendant Fernando Claveria-Martinez freely and voluntarily entered a plea of guilty as to Counts I and VI of the Superseding Indictment, which charge Defendant with conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846; and with possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Counts I and VI, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts I and VI of the Superseding

Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Friday, June 2, 2023, at 9:00 AM. Counsel are instructed to inform the Court of any scheduling conflicts as soon as possible.**

    **DONE AND ORDERED** in Miami, Florida on March 14, 2023.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record